IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                         NO. 04-20468-Ma

RODNEY CHISM,

    Defendant.

---

### ORDER RESETTING SENTENCING DATE

Before the court is the defendant's June 22, 2005, motion to reset the sentencing of Rodney Chism, which is presently set for July 1, 2005. For good cause shown, the motion is granted. The sentencing of defendant Rodney Chism is **reset to Wednesday, July 13, 2005, at 9:00 a.m.**

It is so ORDERED this 24th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20468 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT